# Exhibit 2

# Webber/Equity 2003 Employment Agreement
# [Filed Under Seal]