# Exhibit 3

# Webber/FATCO 2004 Employment Agreement
# [Filed Under Seal]