# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN TITLE COMPANY, LLC, | ) Videotaped ) Deposition of: ) ) **MICHAEL M. SMITH** |
| Plaintiffs, | ) |
| vs. | ) Civil No. 2:15-cv-00229 |
| NORTHWEST TITLE INSURANCE AGENCY, LLC; MICHAEL SMITH; JEFF WILLIAMS; and KRISTI CARRELL, | ) Judge David Nuffer ) ) Magistrate Judge ) Paul M. Warner |
| Defendants. | ) |

**PORTIONS OF THIS TRANSCRIPT ARE DESIGNATED**

**ATTORNEYS' EYES ONLY**

September 28, 2015 - 9:11 a.m.

Location:  Snell & Wilmer L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, Utah

Reporter:  VICKY McDANIEL, CSR, RMR

1   was rolled up into First American, because we had
2   separate financial statements, and yes.  And you were
3   able to measure 5 percent of Equity Title's net
4   income.
5              Going forward, there was no more Equity
6   Title.  As Kurt Andrewsen sat in front of me at some
7   point in time and he told me, he said, There's no
8   more Equity Title.  He said, Your contract was with
9   Equity Title.  You do not have a contract with First
10  American.  That's why we want you to sign this one.
11             And that was probably June of 2012.
12      Q.     (By Mr. Ducatman)  So let me --
13      A.     But those conversations had been going on
14  until that period of time.
15             I'm still answering your first question.
16  I'm getting to the compensation.
17             I said, So, what's my -- beginning in
18  2011 going forward --
19      Q.     What meeting are you at?  I'm sorry.
20  You're now --
21      A.     Pardon me?
22      Q.     You went from Webber to Andrewsen.  Are
23  you at a different meeting now?
24      A.     Yeah.
25      Q.     Are they both at the same meeting?