# Exhibit 7

# Michael Smith
# 2012 Production Bonus Plan
# [Filed Under Seal]