IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN TITLE COMPANY, LLC,<br><br>Plaintiff,<br>v.<br><br>NORTHWEST TITLE INSURANCE AGENCY, LLC; MICHAEL SMITH; JEFF WILLIAMS; AND KRISTI CARRELL,<br><br>Defendant. | ORDER ON MOTION FOR RELEASE OF TRUST ACCOUNTS<br><br>Case No. 2:15-CV-00229<br><br>District Judge David Nuffer |

Defendants filed a motion for release of garnishment on trust accounts.[1] Oral argument was heard.[2]

IT IS HEREBY ORDERED that the funds in the Northwest Chase Bank accounts ending in 1895 and 6068 are not subject to the writ of garnishment issued on Chase Bank until at least noon Friday January 27, 2017, provided that funds payable to Northwest Title from those accounts will be disbursed and held separately, accounted to the court and opposing counsel, and may not be used for any purpose pending further ruling of the court. If by noon tomorrow, Chase has not filed a response that those accounts are in fact trust accounts, this suspension of the writ will be cancelled and the writ will be in force on those accounts. If, however, such a Chase response is filed the writ suspension shall continue.

---

[1] Emergency Ex Parte Motion for Release of Trust Accounts, docket no. 503, filed January 26, 2017.

[2] Minute Order, docket no. 505, entered January 26, 2017.

Signed January 26, 2017.

BY THE COURT

_____
District Judge David Nuffer