FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

FEB 03 2020

D. MARK JONES, CLERK
BY_____
      DEPUTY CLERK

Mark O. Morris (4636)
Matthew L. Lalli (6105)
Amy F. Sorenson (8947)
Timothy J. Dance (11553)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: mmorris@swlaw.com
       mlalli@swlaw.com
       asorenson@swlaw.com
       tdance@swlaw.com

*Attorneys for Plaintiffs*

WRIT ISSUED

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN TITLE COMPANY, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWEST TITLE INSURANCE AGENCY, LLC, MICHAEL SMITH, JEFF WILLIAMS, and KRISTI CARRELL,<br><br>Defendants. | **WRIT OF GARNISHMENT**<br>(For garnishment of non-personal services, income, or property)<br><br>Case No. 2:15-cv-00229<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul M. Warner |

**THE UNITED STATES OF AMERICA TO:** ___Ruth Smith_____,
                                                         Garnishee.

You are hereby ordered and commanded by the Court to hold, until further order of this Court, and not pay to Defendants all money and other personal property of the Defendants in your possession or under your control, whether now due or hereafter to become due, which are

not exempt from execution, up to the amount remaining due on the judgment or order plus court approved costs in this matter (or in the case of a prejudgment writ, the amount claimed to be due), being in excess of:

    a.  Michael Smith in the amount to exceed $1,625,000.00, plus attorneys' fees and costs pursuant to the *Memorandum Decision and Order Denying [520] Motion for New Trial, Denying [492] Motion for Attorneys' Fees, and Granting in Part and Denying in Part [493] Motion for Attorneys' Fees* issued on April 24, 2017 [Docket No. 559] and the *Order* issued on May 26, 2017 [Docket No. 565];

You are required to answer the attached questions or interrogatories and to file your answer with the Clerk of this Court, within five business days of the date this Writ is served upon you, at the following address:

> Clerk, U.S. District Court
> United States Courthouse
> 351 S West Temple, Room 1.100
> Salt Lake City, Utah 84101

You are also required to send a copy of your answers to the plaintiff at the following address:

> Timothy J. Dance
> Snell & Wilmer L.L.P.
> 15 West South Temple, Suite 1200
> Salt Lake City, Utah 84101

If you fail to answer, the judgment creditor may ask the Court to order you to pay the amount you should have withheld.

If you are indebted to, or if you hold property or money belonging to the Defendants, you shall mail immediately by first class mail a copy of the Writ of Garnishment and your answer to the Interrogatories, the Notice of Garnishment and Exemption, and two copies of the Request for

4820-6598-6466

Hearing to the Defendants and to anyone else who, according to your records, may have an ownership or other interest in the property or money at the last known address of the Defendants or such other persons shown on your records at the time of the service of this Writ. In lieu of mailings, you may hand-deliver a copy of these documents to the Defendants and other persons entitled to copies.

YOU MAY DELIVER to the officer serving this Writ the portion of Defendants' earnings or income to be held as shown by your answers. You then will be relieved from further liability in this case unless your answers are successfully disputed. You may, in the alternative, hold the money. If you do not receive a copy of a request for hearing within 20 days of service of your answer to the Interrogatories on the defendant or any other person claiming an interest in the property, you shall pay the money to the plaintiff or plaintiff's attorney. If you receive a copy of a request for hearing within the 20 days, you must hold the money until further order of the Court.

DATED this 3rd day of February, 2020.

D. MARK JONES
CLERK OF COURT

By: _____
Deputy Clerk

\4820-6598-6466